IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOSE M. ARROYO,

    **Plaintiff,**

vs.                                            Cause No. 03-C-688

TRINIDAD RODRIGUEZ, RODNEY
GONZALEZ and CITY OF MILWAUKEE,

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** and without costs to any party.------------------------------------------------------------------------------

                                                      **SOFRON B. NEDILSKY, CLERK**

December 5, 2005                      By:   s/Patricia Brown
                                                            Deputy Clerk

APPROVED:/s/   David R Herndon
              **U.S. DISTRICT JUDGE**